

FILED
2014 Jun-16 PM 03:30
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| **DAVID COOLEY;** | )<br>) |
| Plaintiff, | )<br>) |
| vs. | ) Case No.:<br>) |
| **GRAY DENTAL LABORATORY, INC.** a corporation; **JORDAN GRAY,** an individual; and **KATHY GRAY,** an individual, | )<br>)<br>)<br>)<br>) **TRIAL BY JURY DEMANDED** |
| Defendants. | )<br>) |

## COMPLAINT

This is an action filed under the Fair Labor Standards Act of 1938, 29 U.S.C. §§ 201 *et seq.* (hereinafter referred to as the "Fair Labor Standards Act" or "FLSA"). Plaintiff seeks payment for unpaid overtime wages and liquidated damages that he was deprived of and due to the Defendants' willful violations of the Fair Labor Standards Act. The Plaintiff further seeks reasonable attorney's fees and costs pursuant to 29 U.S.C. § 216(b).

### JURISDICTION & VENUE

1. Jurisdiction is conferred upon this Court by 29 U.S.C. § 216(b) of the Fair Labor Standards Act, by 28 U.S.C. § 1331, because this action arises under laws of the United States, and by 28 U.S.C. § 1337, because this action arises under Acts of Congress regulating commerce.

2. Venue in this Court is proper pursuant to 28 U.S.C. §1391(b) because the causes of action set forth in this Complaint arose in this District.

3. The Defendant, Gray Dental Laboratory, Incorporated, is an Alabama corporation which employed the Plaintiff to labor for its benefit in this District. Upon information and belief, the remaining Defendants, Mr. Jordan Gray and Mrs. Kathy Gray, are residents of Jefferson County, Alabama, and they too employed Plaintiff to labor for their benefit in this District.

4. The cause of action set forth in this Complaint arose in this District.

## PARTIES

**A.   Plaintiff**

5. The Plaintiff, David Cooley (hereinafter referred to as "Mr. Cooley"), is above the age of nineteen (19) years, is a resident of Shelby County, Alabama, and is a former employee of Defendants. Mr. Cooley worked for the Defendants from approximately September of 2008 until May of 2014.

6. During all times relevant to this Complaint, the Plaintiff was a "Dental Ceramist" and was Defendants' "employee" within the meaning of the Fair Labor Standards Act, 29 U.S.C. § 203(e), was subject to the full protections of the FLSA, and did not perform duties that would exempt him from its coverage.

7. The Plaintiff was employed by the Defendants consistently during the period of time specified above.

**B.   Defendants**

8. Defendant, Gray Dental Laboratory, Incorporated (hereinafter referred to as "Gray Dental Lab, Inc." or "the Lab"), is a domestic corporation. The Lab's principal address is 2159 Rocky Ridge Road, Hoover, Alabama 35216. The Lab regularly conducts business in the State of Alabama.

9. The Defendants, Jordan Gray (hereinafter referred to as "Mr. Gray") and Kathy Gray (hereinafter referred to as "Mrs. Gray") are individuals above the age of nineteen (19) years, are residents of Jefferson County, Alabama, are the principal owners and Managers of the Lab, and were, at all times relevant to this

cause of action, Plaintiff's Managers. Upon information and belief, Defendant, Mrs. Gray, acts only in the capacity of Secretary or Receptionist at the Lab, but is, in fact, part owner of the Lab.

10. The Defendants, and all of them, conduct their business in Jefferson County, Alabama.

11. The Defendants, and all of them, are engaged in the business of operating a dental lab.

12. The Defendants, and all of them, form an enterprise engaged in interstate commerce for the purposes of the Fair Labor Standards Act with annual gross sales in excess of $500,000.00.

13. The Defendants, and all of them, are employers within the meaning of the Fair Labor Standards Act, 29 U.S.C. § 203(d), and are not exempt under the Act.

## FACTUAL ALLEGATIONS

14. The Defendants, and all of them, operate a dental lab that supplies finished dental moldings to its clients across the state of Alabama and to its clients in other states.

15. To serve their clients, the Defendants utilize goods which travel in interstate commerce.

16. Plaintiff worked full-time for Defendants as a "Dental Ceramist" at the Lab's 2159 Rocky Ridge Road, Hoover, Alabama 35216 location for nearly six (6) years.

17. Daily operations of the Defendant Gray Dental Lab, Inc. were routinely controlled and managed by the Lab's owners, Mr. and Mrs. Gray.

18. Mr. and Mrs. Gray set and controlled Plaintiff's work schedule at the Lab.

19. Defendants, and all of them, <u>required</u> Plaintiff to work an average of seventy (70) to eighty (80) hours per week during the final three (3) years of his employment.

20. Plaintiff was a non-exempt employee within the meaning of the Fair Labor Standards Act, and received a fixed, annual salary of $57,200.00, despite working far in excess of forty (40) hours every week for the final three (3) years that he was employed by Defendants. Defendants did not pay Plaintiff premium pay of one and one-half (1 ½) times his normal hourly rate for the hours he worked in excess of forty (40) every week.

21. When Plaintiff missed one and one-half (1 ½) hours of work in March of 2014, the Defendants, and all of them, docked Plaintiff's bi-weekly pay $440.00.

22. During the final three (3) years of Plaintiff's employment, the Defendants, and all of them, stopped providing Plaintiff and other similarly situated employees with an opportunity or a means by which to clock-in before work or clock-out after work so that their hours worked could be accurately tracked and recorded. Once the time recording mechanisms were removed, the Defendants began forcing Plaintiff to work seventy (70) to Eighty (80) hours per week for the same salary.

23. The Defendants did not post any signs at the Lab or provide Plaintiff with any literature regarding his rights under the FLSA.

24. The Defendants, and all of them, always provided Plaintiff with a paystub with his pay check. However, despite the paystubs having a place for Plaintiff's regular hours and overtime hours to be defined, the paystubs do not indicate the amount of hours Plaintiff actually worked.

## COUNT ONE

## VIOLATIONS OF THE FAIR LABOR STANDARDS ACT
### (Overtime Violations – 29 U.S.C. § 207)

25. Plaintiffs re-allege paragraphs one (1) through twenty-four (24) as though fully set forth herein.

26. The Defendants have failed to compensate the Plaintiff at the overtime rate required by 29 U.S.C. § 207 for each hour worked above forty (40) in each work week.

27. The Plaintiff was not exempt from the coverage and protections of the fair Labor Standards Act.

28. The Defendants, by such failures, have violated the requirements of the Fair Labor Standards Act.

29. Defendants' failures to provide Plaintiff with premium overtime pay were willful as evidenced by the allegations made herein.

WHEREFORE, the Plaintiff requests this Honorable Court to enter a judgment for him and against the Defendants for:

A. All amounts of all wages the Plaintiff should have received pursuant to 29 U.S.C. § 207 but for the Defendants' violation of his rights;

B. Liquidated damages in an equal amount pursuant to 29 U.S.C. § 216(b);

C. All attorney's fees and costs incurred in prosecuting these claims pursuant to 29 U.S.C. § 216(b); and

D. Any and all relief this Honorable Court finds to be just and due under the circumstances.

**Plaintiff demands trial by jury.**

Respectfully submitted,

/s/ *Joshua A. Wrady*
Joshua Wrady (ASB-9617-J68W)
Anthony Michel (ASB-6809-O64M)
*Attorneys for Plaintiff*

**WRADY & MICHEL, LLC**
4958 Valleydale Road
Suite 252
Birmingham, Alabama 35211
Tel:   (205) 980-5700
Fax:   (205) 994-2819

/s/ *Allwin E. Horn, IV*
Allwin E. Horn, IV (ASB-1798-R81-A)
*Attorney for Plaintiff*

**ALLWIN E. HORN, IV, P.C.**
2201 Morris Avenue
Birmingham, AL 35203
Tel:   (205) 578-1127
Fax:   (205) 877-7330

**PLEASE SERVE DEFENDANTS VIA CERTIFIED MAIL AT THE FOLLOWING ADDRESSES:**

Gray Dental Laboratory, Incorporated
2159 Rocky Ridge Road
Hoover, Alabama 35216

Mr. Jordan Gray
C/O Gray Dental Laboratory, Incorporated
2159 Rocky Ridge Road
Hoover, Alabama 35216

Mrs. Kathy Gray
C/O Gray Dental Laboratory, Incorporated
2159 Rocky Ridge Road
Hoover, Alabama 35216